IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

| | | |
|---|---|---|
| MENESES LAW, PLLC,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. _____ |
| CAMILA OVERYER,<br>*Defendant.* | §<br>§<br>§<br>§ | Jury Trial Demanded |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Meneses Law, PLLC ("Plaintiff" or "Meneses Law") files this Original Complaint against Camila Overmyer ("Overmyer" or "Defendant") for defamation under Texas Civil Practices & Remedies Code 73.001, et seq. Plaintiff alleges, based on its own personal knowledge with respect to its own actions and based on information and belief with respect to all others' actions, as follows:

### I.  THE PARTIES

1. Plaintiff Meneses Law, PLLC ("Meneses Law") is a Texas professional limited liability company, with a principal place of business in Harris County, Texas. Meneses Law has standing to bring this lawsuit as it has been harmed by Defendant Overmyer's wrongful conduct.

2. Defendant Camila Overmyer is an individual whose principal residence is at 420 Eagle Dr., Gosport, Indiana 47433.

### II.  JURISDICTION & VENUE

3. The Court has jurisdiction over the lawsuit under 28 U.S.C. § 1332(a)(1) because Meneses Law and Overmyer are citizens of different U.S. states and the amount in controversy exceeds $75,000, excluding interest and costs.

1

4. Venue is proper in this District against Overmyer pursuant to 28 U.S.C. §§ 1391 because a substantial part of the events or omissions giving rise to the claim(s) occurred here and the impact of Overmyer's wrongful conduct is felt here.

5. This Court has personal jurisdiction over Overmyer by and through long arm jurisdiction under Texas Civil Practice and Remedies Code §§ 17.042-.045

6. Overmyer committed tortious acts against Meneses Law—a Texas entity with its principal office in Texas—by publishing false and defamatory statements by way of social media posts and livestreams. Overmyer's defamatory statements about Meneses Law were made to, in large part, Texas residents.

7. Overmyer accompanied her defamatory statements about Meneses Law with guest appearances by and referrals to "honest" attorneys and law firms in Texas. These Other Law Firms include, but are not limited to, Attorneys Arvin Saenz and Greg Price at Saenz Garcia Law, PLLC, in Fort Worth, Texas[1], Attorney Jesus Suday at Suday Law in Houston, Texas[2], and Carla Casas at Casa Immigration, Ltd.[3]

8. The harm resulting from Overmyer's false and defamatory statements was felt and continues to be felt in Texas by Meneses Law. Meneses Law has lost existing clients and potential clients due to Overmyer's targeted and continuous attacks against Meneses Law and the false and defamatory allegations Overmyer has made against Meneses Law throughout.

9. Further, Overmyer derived benefits (and likely continues to derive benefits) from her continuous presence broadcasting in and to Texas, including but not limited to an increase in social media followers from Texas and other states plus, upon information and belief, the receipt

---

[1] *See* SAENZ GARCIA LAW, https://saenzfirm.com/about-us/ (last visited Jan. 14, 2026).
[2] *See* SUDAY LAW, https://sudaylaw.com/ (last visited Jan. 14, 2026).
[3] *See* CASAS IMMIGRATION – ATTORNEYS AT LAW, https://casasimmigration.com/meet-the-attorney/ (last visited Jan. 14, 2026).

of compensation from (1) other Texas law firms and attorneys and (2) other non-Texas law firms doing business in Texas (hereinafter referred to collectively as "Other Law Firms") for promoting these Other Law Firms and referring people—including current and potential Meneses Law clients—to these Other Law Firms.

### III.   FACTUAL BACKGROUND

10.     Meneses Law is a boutique Houston law firm, built by immigrants for immigrants, which specializes in immigration law.



11.     In 2017, Christine Meneses moved to Texas with her family. At the time, she practiced as a tax attorney while also managing interests in real estate and construction. Over the next two years, Christine found herself increasingly drawn to immigration law, spending her personal time studying and researching the field. Eventually, Christine realized her calling lay in immigration law.

12.     Driven by a deep commitment to justice and the immigrant experience, Christine founded Meneses Law in 2019. Meneses Law is, and always has been, dedicated to finding the best solutions to overcome the immigration challenges faced by its clients. Christine built the firm on principles of compassion, diligence, and excellence—values shaped by her own personal journey and the communities she serves. From its inception, Meneses Law has focused on helping clients navigate complex immigration laws with integrity and unwavering advocacy.

13.     What began as a solo practice quickly evolved into one of Houston's most respected boutique immigration law firms. Christine's leadership and passion have made Meneses Law a

trusted ally for individuals and families. Today, the firm employs nearly ten attorneys—many of whom come from immigrant families themselves—alongside a dedicated support staff who share in its mission to reunite families, defend the rights of non-citizens, and stand up to institutions that seek to separate loved ones.

### A. Camila Overmyer's attempts at becoming an "Influencer" prior to October 22, 2025

14. Prior to her attack on Meneses Law, Camila Overmyer began her pursuit of the coveted "Creator" or "Influencer" status on social media around December 2024.[4]

15. Overmyer's initial posts targeted the health and beauty audience, revolving around gym workouts[5], self-motivation[6], hair care/beauty,[7] health,[8] commission-based posts,[9] and general trends.[10]

---

[4] Camila Overmyer (@camilaovermyer87), TikTok (hereinafter referred to as "Overmyer TikTok") (Dec. 5, 2024), https://www.tiktok.com/@camilaovermyer87/video/7445089730766687530 (last accessed on Dec. 29, 2025).
[5] *Id.*; *Id.* (Feb. 25, 2025), https://www.tiktok.com/@camilaovermyer87/video/7475429992046824746 (last accessed on Dec. 29, 2025)
[6] *Id.* (Dec. 6, 2024), https://www.tiktok.com/@camilaovermyer87/photo/7445348120675749162; *Id.* (Dec. 16, 2024), https://www.tiktok.com/@camilaovermyer87/photo/7449050465066765614 (last accessed on Dec. 29, 2025).
[7] *Id.* (Dec. 6, 2024), https://www.tiktok.com/@camilaovermyer87/video/7445310078388948266 (last accessed on Dec. 29, 2025).
[8] *Id.* (Jan. 15, 2025), https://www.tiktok.com/@camilaovermyer87/photo/7460312223232150827 (last accessed on Dec. 29, 2025).
[9] *Id.* (March 1, 2025), https://www.tiktok.com/@camilaovermyer87/video/7476929408809536814 (last accessed on Dec. 29, 2025).
[10] *Id.* (March 3, 2025, https://www.tiktok.com/@camilaovermyer87/video/7477748160677580078 (last accessed on Dec. 29, 2025).

16.     While the content ranged, all posts and livestreams were made with the same purpose: gaining followers.



17.     There was no focus on, among other things, immigration, law firms or lawyers, or any conduct directed towards Texas during Overmyer's beginnings on social media.

### B. *Overmyer dabbles in the world of Immigration-based social media*

18.     As soon as Donald Trump took office in 2025,[11] Overmyer began to dabble in the world of Immigration-based social media. Within days of the beginning of the Trump presidency, Overmyer began feeding misinformation on her social media platforms regarding immigration and deportation. For example, on January 22, 2025, Overmyer told her followers:

> "Yes, it is true. It is a crime to cross into this country … illegally. But guess what, Carlitos?[12] What you (Carlitos) are not telling us - - and you need to stop throwing lies out there and creating fear in people - - is that that crime is not being prosecuted."[13] In that same post, Overmyer starts telling her followers to look for an attorney.[14]

19.     Shortly after this post, Overmyer's TikTok posts and live streams began to include references to attorneys she recommended her viewers contacting, including but not limited to

---

[11] Overmyer TikTok (Jan. 22, 2025), https://www.tiktok.com/@camilaovermyer87/video/7462771069242527022 (last accessed on Dec. 29, 2025).
[12] Overmyer's post tags another TikTok creator whose name is Carlos. "Carlitos" is a common nickname for the name "Carlos."
[13] Overmyer TikTok (Jan. 22, 2025), https://www.tiktok.com/@camilaovermyer87/video/7462836541212183854 (last accessed on Dec. 29, 2025) (00:24-00:40).
[14] *Id.* (02:55-03:00).

5

Attorney James Betzold.[15] However, Overmyer's posts in her quest for "Influencer" status still revolved primarily around health and beauty until October 21, 2025.[16]

### C. *Overmyer sets her sights on becoming an "Influencer" in the world of immigration*

20.     Starting on October 22, 2025,[17] Overmyer finally pivoted and set her sights on becoming an "influencer" in the immigration world, eventually dubbing herself the "Reyna de la belleza y la JUSTICIA" (translation: Queen of beauty and justice).[18]



21.     Despite having no background in the legal world, immigration law, or with respect to any law firm, within one week or her declaration that she was the "Queen of beauty and justice," Overmyer posted 40 social media videos and hosted several hours-long livestreams about "corrupt" law firms and attorneys.

22.     During this time, Overmyer gained thousands of followers—most of whom, based on the comments on her posts, were immigrants themselves or related to immigrants.

---

[15] Overmyer TikTok (Jan. 26, 2025), https://www.tiktok.com/@camilaovermyer87/video/7464232604120861998 (last accessed on Dec. 29, 2025).
[16] Overmyer TikTok (March 3, 2025), https://www.tiktok.com/@camilaovermyer87/video/7477639446741994794 (last accessed on Dec. 29, 2025); *Id.* (May 16, 2025), https://www.tiktok.com/@camilaovermyer87/video/7505058192628419883 (last accessed on Dec. 29, 2025); *Id.* (June 28, 2025), https://www.tiktok.com/@camilaovermyer87/video/7521013363166498062 (last accessed on Dec. 29, 2025); *Id.* (July 12, 2025), https://www.tiktok.com/@camilaovermyer87/video/7526214537436089613; *Id.* (July 29, 2025), https://www.tiktok.com/@camilaovermyer87/video/7532702229438958862 (last accessed on Dec. 29, 2025); *Id.* (Aug. 24, 2025), https://www.tiktok.com/@camilaovermyer87/video/7532702229438958862 (last accessed on Dec. 29, 2025); *Id.* (Oct. 21, 2025), https://www.tiktok.com/@camilaovermyer87/video/7563642598221417742 (last accessed on Dec. 29, 2025).
[17]     *See, e.g.,*     Overmyer     TikTok     (Oct.     22,     2025), https://www.tiktok.com/@camilaovermyer87/photo/7564139907807989005; *see also id.* (Oct. 22, 2025), https://www.tiktok.com/@camilaovermyer87/video/7564188918351023373 (last accessed on Dec. 23, 2025).
[18] *See* Exhibit A (2025-12-23 TikTok @camilaovermyer87).

6

### D. Overmyer begins her targeted attack on Meneses Law on October 28, 2025

23.     After amassing her newfound contingent of followers, Overmyer launched a targeted attack against Meneses Law on October 28, 2025. She streamed her first "livestream" and subsequently posting her first posts mentioning Meneses Law that same day.[19] In addition to posts, livestreams are when a user, like Overmyer, goes live and broadcasts interactively to her viewers and followers.

24.     After this time, Overmyer continued doing videos on an almost daily basis, naming Meneses Law on a consistent basis. This is despite the fact that Overmyer has no relationship with Meneses Law and no apparent reason to be posting about Meneses Law.

25.     Overmyer's views for the videos specifically naming "Meneses Law" vastly outnumber Overmyer's view on other videos.



26.     In these well-viewed videos, Overmyer makes false and defamatory statements about Meneses Law about which she has no basis—factual or otherwise—to discuss Meneses Law and no ability to verify her statements. Overmyer has no personal relationship with Meneses Law,

---

[19] Overmyer TikTok (Oct. 28, 2025), https://www.tiktok.com/@camilaovermyer87/video/7566293533041134861 (last accessed on Dec. 29, 2025).

is not a client with Meneses Law, is not familiar with Meneses Law's legal practices, and is generally unfamiliar with immigration law as a thresholder matter,

> **E. Since the initial launch of her attack against Meneses Law, Overmyer continues targeting Meneses Law through false and defamatory statements published via social media posts and almost daily multi-hour social media livestreams.**

27. After beginning her attacks on Meneses Law in October 2025, Overmyer has continued her tortious and defamatory crusade against Meneses Law to this day. For example, Overmyer added a caption to her November 7, 2025, post stating: "FALSE VAWA WITH MENESES."

28. Within this 14-minute post, Overmyer falsely accuses Meneses Law of robbing clients, abusing the immigrant community, and being dishonest. Overmyer goes on to slap the label of "victim" on Meneses Law clients and refers to Meneses Law—aka "those people"—as assailants, wrongdoers, perpetrators, and criminals that people need saving from.

> This **robbery** - - This **abuse of our community** – acting like we are a bunch of idiots - - **taking our money** as though its nothing - - **We need attorneys that are honest**. To make that happen, I need sworn testimony from every single person that **wants to be a victim instead of an accomplice** . . . This will **help save** many people from going to **those people.**[20]

29. The next day, Overmyer hosted a multi-hour livestream and published yet another Tik Tok targeting Meneses Law.[21]

---

[20] Overmyer TikTok (Nov. 7, 2025), https://www.tiktok.com/@camilaovermyer87/video/7570081487932984590 (last accessed on Jan. 14, 2026).
[21] Overmyer TikTok (Nove. 8, 2025), https://www.tiktok.com/@camilaovermyer87/video/7570381133301484855 (last accessed on Jan. 14, 2026).

30. During this post/livestream, Overmyer issued another proclamation, announcing to all her followers:

> Luckily, I have some good information for you and for all the people that were **victims of situations like [Meneses Law client's name omitted]** - - send me your sworn testimony stating the truth and only the truth - - and send me that **with a copy of your contract** - - and **you motherf*cking b*tches better be trembling - - all of you corrupt women attorneys** - - because we are going to take you to court. I need all of you **that want to be victims and not accomplices** to send me these documents.

31. These are just two examples of Overmyer's many false and defamatory statements directed at Meneses Law.

### F. *Overmyer simultaneously promotes and recommends other attorneys on her social media posts and during her hours-long social media livestreams.*

32. In conjunction with her false and defamatory statements about Meneses Law, Overmyer consistently includes and mentions attorneys from Other Law Firms in her posts and livestreams—including those where Overmyer falsely accuses of Meneses Law of committing bad and criminal acts.[22]

33. Overmyer's livestreams with these Other Law Firms last hours and take place multiple times a week.

---

[22] *See, e.g.,* Overmyer TikTok (Nov. 5, 2025), https://www.tiktok.com/@camilaovermyer87/video/7569279058316381453?is_from_webapp=1&sender_device=pc&web_id=7527812300729288247 (last accessed on Dec. 29, 2025); *see also id.* (Nov. 2, 2025), https://www.tiktok.com/@camilaovermyer87/video/7568178224019098894?is_from_webapp=1&sender_device=pc&web_id=7527812300729288247 (last accessed on Dec. 29, 2025).

34. Apart from defaming Meneses Law during these livestreams, Overmyer includes the contact information for these Other Law Firms in these posts and livestreams.



"To Consult[,] send me a text message (469) 629-2843"

[23]

35. To make matters worse, Overmyer has, at least twice, let slip that she gets "commissions" from these Other Law Firms—once during a livestream that took place on December 8, 2025 and once during another livestream that took place on January 7, 2026—for any client who ends up obtaining services from these Other Law Firms, including current and former clients of Meneses Law.

### G. Overmyer's false and defamatory statements have reached and continue to reach hundreds of thousands of viewers, harming Meneses Law's business and reputation.

36. Overmyer's false allegations have been spread widely, and the harm suffered by Meneses Law as a result is extensive.

---

[23] Overmyer TikTok (Nov. 8, 2025), https://www.tiktok.com/@camilaovermyer87/video/7570389252698017079?is_from_webapp=1&sender_device=pc&web_id=7527812300729288247 (last accessed on Dec. 29, 2025).

37. In the last two months, Meneses Law has been flooded with calls from current, now-former, and potential clients—all calling specifically about Overmyer's false statements and accusations. The vast majority of these calls are made by Texas residents.

38. As a result of Overmyer's defamatory statements, Meneses Law has suffered harm and incurred damages, including the loss of reputation, loss of existing and potential clients, and a diminution in business.

39. To date, Meneses Law is aware of at least ten Meneses Law clients have terminated their contracts or are in the process of cancelling their contracts as a result of Overmyer's efforts and defamation on social media.

### H. Overmyer refuses to retract her untruthful and defamatory statements about Meneses Law.

40. On November 21, 2025, Meneses Law sent Overmyer a Demand for Retraction, demanding that Overmyer retract her many untruthful and defamatory comments about Meneses Law.

41. In response, Overmyer took to social media, posting herself tearing the Demand for Retraction correspondence into pieces after announcing to her followers: "Here is the cease and desist that Attorney Meneses … 855-MENESES…She sent me this cease and desist that says "immediate retraction" - - that I immediately retract and delete my videos because they are defamatory. And I have a message for you Attorney Meneses[.]" *[Tears up correspondence]* [24]

---

[24] Overmyer TikTok (Dec. 5, 2025), https://www.tiktok.com/@camilaovermyer87/video/7580574150977244430 (last accessed on Dec. 29, 2025).



42. After tearing up the Demand for Retraction correspondence, Overmyer goes on to say:

> But look how worried I am about your cease and desist . . . And if you consider it necessary to go to court, we will see each other in court because I'm not scared of you. So, whenever and wherever, Attorney Meneses 855. Mhmm.
>
> *[tears up correspondence further]*
>
> Look. I'm reeeeeeaaaaal worried. For those of you asking who I'm talking about, it's Attorney Meneses 855. Mhmmm.[25]

43. In that same post, Overmyer claims to be interviewing clients of Meneses Law. However, it appears that several of the people that she claims are "clients" of Meneses Law are not, in fact, clients of the firm.[26]

44. Consequently, Overmyer has not obtained any verification from Meneses Law about the information that she is stating with respect to Meneses Law. Such information—and the statements that she makes based on that information–are false.

---

[25] *Id.*
[26] Meneses Law does not disclose the name of these persons to ensure it properly preserves the confidentiality of its clients.

12

45. The impact of those statements has been and continues to be felt by Meneses Law and its clients in Texas.

### IV.    CAUSE(S) OF ACTION

#### A. Count One: Defamation

46. Meneses Law incorporates by reference all prior paragraphs as if fully set forth herein.

47. Overmyer published the above statements, purporting to be factual assertions, to third parties.

48. Overmyer's statements referred to Meneses Law.

49. Overmyer's statements were false and defamatory.

50. Overmyer's false statements accused Meneses Law of committing criminal, wrongful acts, and unethical acts. These defamatory statements caused injury to Meneses Law's office, business, or profession.

51. Overmyer's statements injured Meneses Law's reputation and impeached Meneses Law's honesty, integrity, virtue, and reputation, thereby exposing Meneses Law to public hatred, contempt, ridicule, and financial injury,.

52. With regard to the truth of her statements, Overmyer published her statements with actual malice, or alternatively, with negligence.

53. Meneses Law has suffered damages as a proximate result of Overmyer's statements. Alternatively, Overmyer's statements constitute defamation per se because they incurred Meneses Law's occupation.

54. Meneses Law seeks recovery of actual damages, including general and special damages, nominal damages, and exemplary damages due to Overmyer's negligence, malice, and/or reckless disregard for the truth.

### V.   CONDITIONS PRECEDENT

55. All conditions precedent to recovery of the relief requested by Menese Law herein have been met, have been performed, have occurred, or have been waived.

### VI.   DOCUMENT PRESERVATION

56. Defendant has (and has had) a duty to preserve evidence relating to this matter. For the avoidance of doubt, some examples of evidence that would need to be preserved include all documents, communications, and records relating to: Overmyer's statements about Meneses Law (whether public or private), Overmyer's interactions with Meneses Law clients (current and former) and employees (current and former), Overmyer's interactions with Other Law Firms, any documents or communications relevant to this lawsuit, and any attempts to contact Meneses Law or its clients.

### VII.   JURY DEMAND

57. Plaintiff demands a jury trial on all issues and tenders the appropriate fee with this complaint.

### VIII.   PRAYER FOR RELIEF

58. For these reasons, Plaintiff asks that the Court issue citation for Defendant to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:

   a. The damages Defendant has caused Meneses Law, including damages for lost profits, loss of goodwill, and reputational harm;

   b. Actual, direct, unjust enrichment, indirect, special, incidental, consequential, and nominal damages.

    c.  For defamation *per se* damages found by the trier of fact without proof of special damages;

    d.  Exemplary damages as allowed by law;

    e.  Meneses Law's attorneys' fees related to this case;

    f.  Pre and post-judgment interest;

    g.  Recovery by Meneses Law of any and all costs and expenses to which it is entitled, including but not limited to costs of court; and

    h.  All other relief at law and in equity, both special and general, to which Meneses Law is justly entitled.

| | |
|---|---|
| Dated: January 23, 2026 | Respectfully submitted,<br><br>**Ahmad, Zavitsanos & Mensing, P.C.**<br><br>*/s/ Joseph Y. Ahmad*<br>Joseph Y. Ahmad<br>State Bar No. 00941100<br>joeahmad@azalaw.com<br>Kyle Poelker<br>State Bar No. 24109339<br>kpoelker@azalaw.com<br>Colin B. Phillips<br>State Bar No. 24105937<br>cphillips@azalaw.com<br>Karina Sanchez-Peralta<br>State Bar No. 24137177<br>ksanchez@azalaw.com<br>**Ahmad, Zavitsanos & Mensing, PLLC**<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>Telephone: (713) 655-1101<br>Facsimile: (713) 655-0062<br><br>**ATTORNEYS FOR PLAINTIFF<br>MENESES LAW, PLLC** |