**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MENESES LAW, PLLC,<br>  *Plaintiff,* | § <br> § <br> § | |
| v. | § <br> § | Case No. 4:26-cv-00552 |
| CAMILA OVERMYER,<br>  *Defendant.* | § <br> § <br> § <br> § | Jury Trial Demanded |

**PLAINTIFF'S NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that John Zavitsanos of the law firm of Ahmad, Zavitsanos & Mensing, PLLC, hereby appear as counsel on behalf of the Plaintiff Meneses Law, PLLC. Please add John Zavitsanos to your list of service of all papers pertaining to the referenced action at the following street and email addresses:

John Zavitsanos
**Ahmad Zavitsanos & Mensing, PLLC**
1221 McKinney, Suite 2500
Houston, TX 77010
T: 713.655.1101
F: 713.655.0062
jzavitsanos@azalaw.com

1

Dated: June 5, 2026

Respectfully submitted,

**Ahmad, Zavitsanos & Mensing, P.C.**

*/s/ John Zavitsanos*

Joseph Y. Ahmad
State Bar No. 00941100
joeahmad@azalaw.com
John Zavitsanos
State Bar No. 22251650
jzavitsanos@azalaw.com
Kyle Poelker
State Bar No. 24109339
kpoelker@azalaw.com
Colin B. Phillips
State Bar No. 24105937
cphillips@azalaw.com
Karina Sanchez-Peralta
State Bar No. 24137177
ksanchez@azalaw.com
**Ahmad, Zavitsanos & Mensing, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

**ATTORNEYS FOR PLAINTIFF
MENESES LAW, PLLC**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on June 5, 2026.