**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

MENESES LAW, PLLC,                              §
                                                §    **Civil Action No. 4:26-cv-00552**
        *Plaintiff,*                            §
                                                §
v.                                              §
                                                §
                                                §
CAMILA OVERMYER,                                §
        *Defendant.*                            §

## NOTICE OF APPEARANCE OF LOCAL COUNSEL

**TO THE HONORABLE COURT:**

Jonathon A. Muñoz, attorney, hereby gives notice of appearance as local counsel for Defendant Camila Overmyer in the above-captioned civil action pursuant to the Local Rules of the United States District Court for the Southern District of Texas.

The undersigned is a member in good standing of the Bar of the United States District Court for the Southern District of Texas (Fed. Bar No. 3933549, admitted May 4, 2026) and is licensed to practice law in the State of Texas (Bar No. 24124571).

Lead counsel and attorney-in-charge in this matter is Robert Anthony Alvarez, Sr. of Avanti Law Group, PLLC. The undersigned enters this appearance as local counsel and does not replace the attorney-in-charge designation of lead counsel. *See* LR 11.1.

The undersigned requests that all pleadings, motions, notices, orders, and other papers in this action be served upon the undersigned at the address set forth below in addition to lead counsel.

Respectfully submitted,

*/s/ Jonathon A. Muñoz*
**Jonathon A. Muñoz**
Local Counsel for Defendant
Texas Bar No. 24124571
S.D. Tex. Bar No. 3933549
Law Nerd LLC

1

2112 S. Shary Rd., Suite 13
Mission, Texas 78572-7445
Telephone: (956) 833-2160
Email: lawnerdllc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, the foregoing Notice of Appearance of Local Counsel was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic notices in this case. *See* Fed. R. Civ. P. 5(b)(2)(E); LR 5.1.

/s/ Jonathon A. Muñoz
Jonathon A. Muñoz

2